Matter of Johnson v Velasquez (2023 NY Slip Op 04771)

Matter of Johnson v Velasquez

2023 NY Slip Op 04771

Decided on September 27, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
BETSY BARROS
HELEN VOUTSINAS
LOURDES M. VENTURA, JJ.

2023-02928 DECISION, ORDER & JUDGMENT

[*1]In the Matter of Jonathan Johnson, petitioner,
v
Carmen R. Velasquez, etc., respondent. 

Jonathan Johnson, Brocton, NY, petitioner pro se.
Letitia James, Attorney General, New York, NY (Charles F. Sanders of counsel), for respondent.

Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, Carmen R. Velasquez, a Justice of the Supreme Court, Queens County, to determine a motion in an action entitled Johnson v "R" and "C" General Construction , pending in that court under Index No. 20061/12, and application by the petitioner for poor person relief.
ORDERED that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022(b) is waived, and the application is otherwise denied as academic; and it is further,
ADJUDGED that the petition is denied as academic and the proceeding is dismissed, without costs or disbursements.
On September 21, 2022, the respondent issued an order determining the subject motion. Accordingly, this proceeding is academic.
LASALLE, P.J., BARROS, VOUTSINAS and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court